**No. 57886.**—F. L. Kraemer & Co. and Omni International Corp. *v.* United States, protest 211096–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of cut filaments of vinylon, a synthetic textile fiber, not exceeding 30 inches in length, which is not waste; that said filaments of vinylon are not made from cellulose, a cellulose hydrate, a compound of cellulose, or a mixture containing any of the foregoing; that vinylon did not enter the trade and commerce of the United States until about 1951; and to that extent the merchandise in question is similar in all material respects to that the subject of *Holeproof Hosiery Co.* v. *United States* (27 Cust. Ct. 176, C. D. 1366).   In C. D. 1366, spun nylon yarn was held dutiable at 6¼ cents per pound and 22½ percent ad valorem under the provisions of paragraph 1303, as modified by T. D. 51802, for "Spun yarn of rayon or other synthetic textile."   Accepting the stipulation as a statement of fact, the claim at 20 percent under paragraph 1302, as modified, *supra*, was sustained.